# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 7, 2005

128039

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

JAMAL WAYNE ATKINS,
          Defendant-Appellant.

SC: 128039
COA: 259194
Genesee CC: 03-012701-FC

_____/

On order of the Court, the application for leave to appeal the January 19, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

KELLY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 7, 2005

_____
Clerk

d1003